IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 21  P 5: 01

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| JONATHAN HANSON, *et. al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. H-01-CV4016 |
| CAROL PARHAM, *et al.*, | |
| Defendants. | |

### ORDER

Upon consideration of the plaintiffs' motion for enlargement of time, it is by the Court on this 21st day of June, 2002, hereby

ORDERED, that plaintiffs' motion for enlargement of time be and the same is hereby GRANTED; and it is

FURTHER ORDERED, that plaintiffs' shall have until July 12, 2002, to file their memorandum in opposition to defendants' motion for summary judgment.

_____
Alexander Harvey II
Senior United States District Judge
(In chambers)

